**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ray Anthony Quijada, | ) | No. CV07-1298-PHX-SRB |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| Dora Schriro, | ) | |
| Respondent. | ) | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 June 3, 2007, claiming ineffective assistance of counsel. On September 12, 2007, Respondent filed her response to Petitioner's Petition for Writ of Habeas Corpus. No reply was filed. On April 16, 2009, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed as untimely.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file objections has expired and no objections to the Report and Recommendation have been filed by Petitioner.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
4 as time-barred.
5    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

7    DATED this 4th day of May, 2009.

				_____
				Susan R. Bolton
				United States District Judge